IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT OF YAHOO! INC. FOR INFORMATION ASSOCIATED WITH YAHOO! INC. E-MAIL ACCOUNTS NIYATO@YAHOO.COM AND KMDREAM@YAHOO.COM | Case No. 3:18 mj 63<br><br>Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo!, Inc. (YAHOO), an electronic communications service provider and/or a remote computing service, not to notify any person, including the subscribers or customers of the accounts listed in the search warrant of the existence of the attached search warrant until 365 days after compliance is complete.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, until 365 days after compliance is complete or as otherwise authorized to do so by the Court, except that YAHOO may disclose the attached search warrant to an attorney for YAHOO for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

2/28/18
Date

Hon. David C. Keesler
United States Magistrate Judge